# Third District Court of Appeal

## State of Florida

Opinion filed April 23, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2224
Lower Tribunal No. 23-20898-SP-26
_____

**Adriano Cuesta Rodriguez,**
Appellant,

vs.

**Canel Jamiel Auguste, et al.,**
Appellees.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Adriano Cuesta Rodriguez, in proper person.

No appearance, for appellees.

Before LOGUE, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Field Club, Inc. v. Alario</u>, 180 So. 3d 1138, 1142 (Fla. 2d DCA 2015) (emphasizing that "the trial court has broad discretion in awarding costs"); <u>R.J. Reynolds Tobacco Co. v. Lewis</u>, 275 So. 3d 747, 750 (Fla. 5th DCA 2019) ("[I]t is clear that taxable costs for experts do not include costs for those experts who do not testify. Therefore, costs for non-testifying experts are nontaxable.").